UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES T. MURZIKE,
    Plaintiff,

vs.                                     Case No.:  3:24cv221/LAC/ZCB

W. GIELOW, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 22, 2024.  (Doc. 4).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** as malicious and an abuse of the judicial process, pursuant to 28 U.S.C. § 1915A(b)(1);

1

3. All pending motions are **DENIED as moot**; and

4. The Clerk of Court must enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 5th day of June, 2024.

                       *s/L.A. Collier*
                       **LACEY A. COLLIER**
                       **SENIOR UNITED STATES DISTRICT JUDGE**